UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| GREGORY ELL SHEHEE, | ) | Case No.: 1:14-cv-00706-SAB (PC) |
| Plaintiff, | ) ) | |
| v. | ) ) ) | ORDER TO SUBMIT APPLICATION TO PROCEED IN FORMA PAUPERIS OR PAY FILING FEE WITHIN 45 DAYS |
| K. TRUMBLY, et al., | ) ) | |
| Defendants. | ) ) ) | |

Plaintiff Gregory Ell Shehee is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act.  <u>Page v. Torrey</u>, 201 F.3d 1136, 1140 (9th Cir. 2000).

Plaintiff has not paid the $400.00 filing fee, or submitted an application to proceed in forma pauperis on the appropriate form pursuant to 28 U.S.C. § 1915.  Accordingly, IT IS HEREBY ORDERED that:

1.      The Clerk 's Office shall send to plaintiff the attached form for application to proceed in forma pauperis for a non-prisoner; and

2.      Within thirty days of the date of service of this order, plaintiff shall submit the completed and signed application to proceed in forma pauperis for a non-prisoner, or in the alternative,

1  pay the $400.00 filing fee for this action.  Failure to comply with this order will result in dismissal of
2  this action.

4  IT IS SO ORDERED.

5  Dated:     **May 16, 2014**

6                                                                      UNITED STATES MAGISTRATE JUDGE