UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>K. TRUMBLY, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00706-AWI-SAB (PC)<br><br>ORDER TO SHOW CAUSE WHY ACTION SHOULD NOT BE DISMISSED FOR FAILURE TO COMPLY WITH COURT ORDER<br><br>[ECF No. 9] |

　　　Plaintiff Gregory Ell Shehee is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

　　　On August 1, 2014, the Court dismissed Plaintiff's complaint with leave to amend for failure to state a cognizable claim for relief. (ECF No. 9.) On August 14, 2014, Plaintiff filed a motion for reconsideration, which was denied on October 29, 2014. (ECF Nos. 11, 14.)

　　　On December 1, 2014, Plaintiff filed a motion to stay the proceedings, which was denied on December 10, 2014. (ECF Nos. 15, 16.)

　　　Although Plaintiff has filed a motion for reconsideration and stay of the proceedings, both of which were denied, Plaintiff has failed to comply with the Court's August 1, 2014, order directing him to file an amended complaint within thirty days or suffer dismissal of the action.

Accordingly, it is HEREBY ORDERED that within **thirty (30)** days from the date of service of this order, Plaintiff shall show cause why the action should not be dismissed for failure to comply with the court's order.  <u>Failure to respond to this order will result in dismissal of the action</u>.

IT IS SO ORDERED.

Dated: **December 11, 2014**

UNITED STATES MAGISTRATE JUDGE