UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>  Plaintiff,<br><br>  v.<br><br>K. TRUMBLY, et al.,<br><br>  Defendants. | Case No.: 1:14-cv-00706-SAB (PC)<br><br>ORDER VACATING ORDER TO SHOW CAUSE AND GRANTING PLAINTIFF THIRTY DAYS FROM THE DATE OF SERVICE OF THIS ORDER TO FILE AMENDED COMPLAINT OR THE ACTION WILL BE DISMISSED<br><br>[ECF Nos. 17, 21] |

Plaintiff Gregory Ell Shehee is a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On August 1, 2014, the Court screened and dismissed Plaintiff's complaint with leave to amend for failure to state a cognizable claim for relief. (ECF No. 9.)

On December 11, 2014, the Court issued an order to show cause why the action should not be dismissed for failure to comply with a court order. (ECF No. 17.)

On February 9, 2015, the Court denied Plaintiff's request for the appointment of counsel, and granted Plaintiff thirty days to file an amended complaint in compliance with the Court's August 1, 2014, screening order. (ECF No. 19.)

On March 27, 2015, Plaintiff filed a notice with the Court indicating that he is presented confined at the Fresno County jail and is presently without his legal property.

In the interest of justice, the Court will vacate the order to show cause issued December 11, 2014, and grant Plaintiff thirty days from the date of this order to file an amended complaint in compliance with the Court's August 1, 2014, order.

Based on the foregoing, it is HEREBY ORDERED that:

1. The order to show cause issued December 11, 2014, is VACATED;
2. Plaintiff has thirty days from the date of service of this order to file an amended complaint; and
3. <u>Failure to comply with this order will result in dismissal of the action for failure to comply with a court order</u>.

IT IS SO ORDERED.

Dated: __April 2, 2015__  
_____  
UNITED STATES MAGISTRATE JUDGE

2