UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>   Plaintiff,<br><br>   v.<br><br>REDDING and BLANCO,<br><br>   Defendants. | No. 1:14-cv-00706-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, DENYING PLAINTIFF'S MOTIONS FOR INJUNCTIVE RELIEF<br><br>(Doc. Nos. 58, 59, 60) |

At the time this action was filed, plaintiff Gregory Ell Shehee was a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On December 1, 2016, the assigned magistrate judge filed findings and recommendations, recommending that the court deny plaintiff's motions for access to copy services. (Doc. No. 60.) The findings and recommendations were served on plaintiff and contained notice that objections thereto were to be filed within thirty days. (*Id.*) Plaintiff filed

1 | objections on December 13, 2016. (Doc. No. 61.)

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, including plaintiff's objections, the court finds the findings and recommendation to be supported by the record and by proper analysis.

Based on the foregoing,

1. The December 1, 2016 findings and recommendations (Doc. No. 60) are adopted in full;
2. Plaintiff's motions for access to copy services (Doc. Nos. 58, 59) are denied; and
3. This matter is referred to the assigned magistrate judge for further proceedings consistent with this order.

IT IS SO ORDERED.

Dated: **February 14, 2017**

_Dale A. Drozd_
UNITED STATES DISTRICT JUDGE