# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDDING, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A RESPONSE TO PLAINTIFF'S MOTION FOR LEAVE TO FILE A THIRD AMENDED COMPLAINT<br><br>[ECF No. 64] |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

On January 23, 2017, Plaintiff filed a motion for leave to file a third amended complaint. Defendants have not filed an opposition or statement of non-opposition. Local Rule 230(l). Accordingly, within **fifteen (15) days** from the date of service of this order, Defendants shall file an opposition or statement of non-opposition to Plaintiff's motion to amend.

IT IS SO ORDERED.

Dated: __March 1, 2017__

　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1