1
2
3
4
5
6
7
8              **UNITED STATES DISTRICT COURT**

9              **EASTERN DISTRICT OF CALIFORNIA**

10

11   GREGORY ELL SHEHEE,                      )   Case No.: 1:14-cv-00706-DAD-SAB (PC)
                                              )
12                     Plaintiff,             )
                                              )   ORDER REGARDING PLAINTIFF'S NOTICE
13          v.                                )   FILED APRIL 3, 2017, AND GRANTING
                                              )   PLAINTIFF THIRTY DAYS TO FILE AN
14   REDDING, et al.,                         )   AMENDED COMPLAINT IN COMPLIANCE
                                              )   WITH THE COURT'S MARCH 16, 2017, ORDER
15                     Defendants.            )
                                              )   [ECF No. 84]
16   _____ )

17          At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding

18   pro se in a civil rights action pursuant to 42 U.S.C. § 1983.  Individuals detained pursuant to California

19   Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the

20   meaning of the Prison Litigation Reform Act.  Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

21          On April 3, 2017, Plaintiff filed a notice to the Court indicating that on March 7, 2017, all of

22   his legal property was taken.  Inasmuch as Plaintiff is in need of an extension of time to file an

23   amended complaint in compliance with the Court's March 16, 2017, order, the Court will grant a thirty

24   day extension.  However, Plaintiff is advised that no further extensions of time will be granted, absent

25   ///

26   ///

27   ///

28   ///

                                                     1

a showing of extraordinary circumstances supported by factual details, not present here.  Accordingly, it is HEREBY ORDERED that Plaintiff is granted thirty (30) days from the date of service of this order to file an amended complaint.

IT IS SO ORDERED.

Dated:   **April 4, 2017**

UNITED STATES MAGISTRATE JUDGE

2