UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>Plaintiff,<br><br>v.<br><br>REDDING, et al.,<br><br>Defendants. | No. 1:14-cv-00706-DAD-SAB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND DENYING MOTION FOR ACCESS TO PHOTOCOPY SERVICES<br><br>(Doc. Nos. 65, 66) |

At the time this action was filed, plaintiff was a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 *et seq.* are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. *Page v. Torrey*, 201 F.3d 1136, 1140 (9th Cir. 2000).

The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. On January 24, 2017, the assigned magistrate judge issued findings and recommendations recommending that the court deny plaintiff's motion for access to copy services. (Doc. No. 66.) The findings and recommendations were served on the parties and contained notice that objections thereto were to be filed within thirty days. (*Id.*) Plaintiff filed objections on February 28, 2017. (Doc. No. 79.)

/////

/////

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C), the undersigned has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the undersigned concludes the findings and recommendation are supported by the record and by proper analysis. Plaintiff's objections do not persuade the court otherwise. The mere fact that plaintiff keeps "getting copies not quit[e] right" because he is not allowed to use a photocopier does not warrant a preliminary injunction on the basis of plaintiff's claim that he is being denied access to the courts.

Based on the foregoing,

1. The January 24, 2017 findings and recommendations (Doc. No. 66) are adopted in full; and

2. Plaintiff's motion for access to photocopy services (Doc. No. 65) is denied.

IT IS SO ORDERED.

Dated: **April 27, 2017**

UNITED STATES DISTRICT JUDGE