# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>REDDING, et al.,<br><br>    Defendants. | Case No. 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER OVERRULING PLAINTIFF'S OBJECTIONS TO DEFENDANTS' REQUEST FOR AN EXTENSION OF TIME TO RESPOND TO PLAINTIFF'S REQUEST FOR PRODUCTION OF DOCUMENTS<br><br>[ECF No. 108] |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 16, 2017, Defendants filed a request for an extension of time to respond to Plaintiff's requests for production of documents. (ECF No. 106.) On November 20, 2017, the Court granted Defendants' thirty days from the date of service of the order to file a response to Plaintiff's requests for production of documents. (ECF No. 107.)

On November 27, 2017, Plaintiff filed objections to Defendants' November 16, 2017 request for an extension of time. (ECF No. 108.)

In Defendants' November 16, 2017 motion, defense counsel, James Phillips, declared that Plaintiff recently received a full copy of his medical records from another Deputy in his Office in response to another request for production. (Mot. at 2.) Defense counsel further declared that the remaining non-objectionable items must be obtained by counsel from Defendant at Coalinga State

1

| | |
|---|---|
| 1 | Hospital.  (Id.)  Due to other pressing matters, counsel has not had adequate time to assemble the |
| 2 | documents to respond to Plaintiff's discovery requests.  (Id.) |
| 3 |       In his objections, Plaintiff argues that Defendants have violated the Court's discovery and |
| 4 | scheduling order and he has been prejudiced by the extension of time.  Defendants provided good |
| 5 | cause for the extension of time and Plaintiff is not be prejudiced by the extension given that the |
| 6 | discovery deadline is April 18, 2018.  (ECF No. 103.)  Accordingly, Plaintiff's objections to |
| 7 | Defendants' November 16, 2017 motion for an extension of time to respond to his discovery requests |
| 8 | are overruled. |

IT IS SO ORDERED.

Dated:   **December 15, 2017**

_____
UNITED STATES MAGISTRATE JUDGE