**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>        Plaintiff,<br><br>    v.<br><br>REDDING, et al.,<br><br>        Defendants. | Case No. 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER REGARDING PLAINTIFF'S OBJECTIONS TO DECEMBER 15, 2017 ORDER OVERRULING HIS OBJECTIONS<br><br>[ECF No. 113] |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On November 16, 2017, Defendants filed a request for an extension of time to respond to Plaintiff's requests for production of documents. (ECF No. 106.) On November 20, 2017, the Court granted Defendants' thirty days from the date of service of the order to file a response to Plaintiff's requests for production of documents. (ECF No. 107.)

On November 27, 2017, Plaintiff filed objections to Defendants' November 16, 2017 request for an extension of time. (ECF No. 108.) On December 15, 2017, the Court overruled Plaintiff's objections, finding that good cause was presented for the request for an extension of time, and that Plaintiff was not prejudiced by the brief extension given that the discovery deadline is April 18, 2018. (ECF No. 110.)

1    Currently before the Court are Plaintiff's objections to the Court's December 15, 2017 order. (ECF No. 113) In Plaintiff's objections, he states that he reserves his right to appeal the Court's order overruling his objections, and asserts that there has been misconduct by an officer of the Court.

Plaintiff's reservation of his right to appeal is noted for the record. To the extent Plaintiff asserts misconduct by defense counsel, the Court finds no evidence of misconduct or bad faith here.

Accordingly, IT IS HEREBY ORDERED that no further action need be taken at this time with respect to this matter.

IT IS SO ORDERED.

Dated: __December 27, 2017__

_____

UNITED STATES MAGISTRATE JUDGE