UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>    Plaintiff,<br><br>    v.<br><br>REDDING, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER VACATING MAY 16, 2018, HEARING DATE<br><br>[ECF No. 123] |

    At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983. Individuals detained pursuant to California Welfare and Institutions Code § 6600 et seq. are civil detainees and are not prisoners within the meaning of the Prison Litigation Reform Act. Page v. Torrey, 201 F.3d 1136, 1140 (9th Cir. 2000).

    On April 17, 2018, Defendants filed a motion to amend the scheduling order and/or to compel Plaintiff's deposition and motion for sanctions, and set the motion for hearing before the undersigned on May 16, 2018. (ECF No. 123.)

///

///

///

///

1

Defendants are advised that Local Rule 230(*l*) controls the filing and disposition of motions in this action. Pursuant to Local Rule 230(*l*), all motions need not be noticed on the motion calendar unless other ordered by the Court. Accordingly, the motion hearing date of May 16, 2018, is HEREBY VACATED from the calendar.

IT IS SO ORDERED.

Dated: __**April 19, 2018**__

UNITED STATES MAGISTRATE JUDGE