UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>        Plaintiff,<br><br>v.<br><br>REDDING, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER DIRECTING PLAINTIFF TO FILE AN OPPOSITION OR STATEMENT OF NON-OPPOSITION TO DEFENDANTS' MOTION FOR AN ORDER DECLARING HIM A VEXATIOUS LITIGANT<br><br>[ECF No. 126] |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On September 27, 2018, Defendants filed a motion for an order declaring Plaintiff a vexatious litigant and ordering him to post security in order to proceed with the case.

Plaintiff's opposition was due within twenty-one (21) days of service of Defendants' motion. More than twenty-one days have passed, but Plaintiff has not filed an opposition or statement of non-opposition to the motion. Local Rule 230(l). Plaintiff also has not otherwise communicated with the Court.

///
///
///
///

1

Pursuant to Local Rule 230(l), Plaintiff is HEREBY ORDERED to file an opposition or a statement of non-opposition to Defendants' motion within **twenty (20) days**. <u>Plaintiff is warned that the failure to comply with this order will result in a recommendation to dismiss the action for failure to prosecute and failure to obey a court order</u>.

IT IS SO ORDERED.

Dated: __October 30, 2018__

UNITED STATES MAGISTRATE JUDGE