UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE, | Case No.: 1:14-cv-00706-DAD-SAB (PC) |
| Plaintiff, | ORDER REGARDING PLAINTIFF'S OBJECTIONS FILED JANUARY 11, 2019 |
| v. | [ECF No. 134] |
| REDDING, et al., | |
| Defendants. | |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On December 27, 2018, the Court vacated the Findings and Recommendations which recommended dismissal of the action for failure to prosecute, and granted Plaintiff thirty days to file an opposition to Defendants' pending motion for an order declaring him a vexatious litigant.

On January 11, 2019, Plaintiff again filed objections to the Findings and Recommendations. (ECF No. 134.) The Court's November 27, 2018, the Findings and Recommendations have been vacated based on his first set of objections filed on December 26, 2018, and Plaintiff's opposition to Defendants' pending motion is due on or before January 28, 2019. Plaintiff is again advised to focus his attention and actions on filing an opposition to Defendants' motion in order to ensure the efficient resolution of this case, and any further extensions of time will only be granted upon a showing of extraordinary circumstances. Furthermore, because it is apparent that Plaintiff can prosecute this

1

action, the Court will not vacate any future Findings and Recommendations or other orders for Plaintiff's failure to comply with the applicable deadlines.

IT IS SO ORDERED.

Dated: __**January 14, 2019**__                    _____
                                                    UNITED STATES MAGISTRATE JUDGE