# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>    Plaintiff,<br><br>  v.<br><br>REDDING, et al.,<br><br>    Defendants. | Case No.: 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER DIRECTING DEFENDANTS TO FILE A FURTHER RESPONSE TO THE THIRD AMENDED COMPLAINT WITHIN TWENTY DAYS |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On June 10, 2019, Defendants' motion to declare Plaintiff a vexatious litigant and post security was denied. (ECF No. 1.) Accordingly, Defendants shall file a further response to Plaintiff's third amended complaint within **twenty (20)** days from the date of service of this order.

IT IS SO ORDERED.

Dated: __June 11, 2019__

UNITED STATES MAGISTRATE JUDGE

1