1
2
3
4
5
6
7
8                           **UNITED STATES DISTRICT COURT**
9                            **EASTERN DISTRICT OF CALIFORNIA**
10

| GREGORY ELL SHEHEE, | ) Case No.: 1:14-cv-00706-DAD-SAB (PC) |
|---|---|
| Plaintiff, | ) |
| v. | ) ORDER DENYING PLAINTIFF'S MOTION FOR COPY OF HIS DEPOSITION TRANSCRIPT |
| REDDING, et al., | ) [ECF No. 149 |
| Defendants. | ) |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Plaintiff's motion for a copy of his deposition transcript, filed May 17, 2019.

Federal Rule of Civil Procedure 30 provides that when paid reasonable charges, the deposition officer must furnish a copy of the transcript or recording to any party or the deponent. Fed. R. Civ. P. 30(f)(3). In addition, there is no statutory requirement for the government to provide a litigant proceeding in forma pauperis with copies of a deposition transcript. See 28 U.S.C. § 1915(d); see also Whittenberg v. Roll, No. 2:04-cv-2313 FCD JFM, 2006 WL 657381 at *5 (E.D. Cal. Mar. 15, 2006) (denying plaintiff's motion to compel defendant to provide him with a copy of the deposition transcript free of charge).

///

Plaintiff's motion for a complimentary copy of the deposition transcript must be denied.  As stated above, the Court cannot order the court reporter, defense counsel, or defendants, to provide Plaintiff a copy of the deposition transcript free of charge.  Plaintiff must obtain the deposition transcript from the officer before whom the deposition was taken on September 17, 2018.  See Boston v. Garcia, No. 2:10-cv-1782 KJM DAD, 2013 WL 1165062 at *2 (E.D. Cal. Mar. 20, 2013) (denying plaintiff's request for a court order directing the defendant to provide him with a copy of his deposition transcript).  Accordingly, Plaintiff's request a free copy of the deposition transcript is denied.

IT IS SO ORDERED.

Dated:  **June 11, 2019**

UNITED STATES MAGISTRATE JUDGE