# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　　Plaintiff,<br><br>　　v.<br><br>REDDING, et al.,<br><br>　　　　　Defendants. | Case No.: 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER REGARDING DEFENDANTS'<br>REQUEST FOR CLARIFICATION<br><br>[ECF No. 153] |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

On June 21, 2019, Defendants filed a request for clarification of the Court's June 11, 2019, directing a further response to the complaint to be filed within twenty days. Although Defendants filed an answer on August 15, 2017, Defendants filed a motion to declare Plaintiff a vexatious litigant in lieu of a merits-based dispositive motion, which was denied in full on June 21, 2019. Therefore, if Defendants wish to file a dispositive motion on the merits, it shall be filed within **twenty (20)** days from the date of service of this order, or the matter will be set for further proceedings.

IT IS SO ORDERED.

Dated: __**June 24, 2019**__　　　　　　　　　　　　　　　_____

　　　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1