# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>REDDING, et al.,<br><br>　　　　Defendants. | Case No.: 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER GRANTING DEFENDANTS' MOTION TO AMEND THE SCHEDULING ORDER AND EXTEND THE TIME TO FILE A DISPOSITIVE MOTION<br><br>[ECF No. 163] |

At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

Currently before the Court is Defendants' motion to amend the scheduling order and extend the time to file a dispositive motion, filed September 5, 2019. Plaintiff did not file an opposition and the time to do so has expired.

On the basis of good cause, Defendants' request is granted and the deadline to file a dispositive motion is extended to December 16, 2019. All other deadlines remain in full force and effect.

IT IS SO ORDERED.

Dated: __**October 8, 2019**__

　　　　　　　　　　　　　　　　　　　　UNITED STATES MAGISTRATE JUDGE

1