UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>        Plaintiff,<br><br>   v.<br><br>REDDING, et al.,<br><br>        Defendants. | Case No.: 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER VACATING TELEPHONIC TRIAL CONFIRMATION HEARING AND TRIAL DATES TO BE RESCHEDULED, IF NECESSARY, AFTER RESOLUTION OF THE PENDING MOTION FOR SUMMARY JUDGMENT<br><br>( Doc. No. 158) |

    At the time this action was filed, Plaintiff Gregory Ell Shehee was a civil detainee proceeding pro se in a civil rights action pursuant to 42 U.S.C. § 1983.

    On August 14, 2019, the Court issued the second scheduling order setting the case for jury trial on April 7, 2020, and a telephonic trial confirmation hearing on February 3, 2020.

    On October 8, 2019, the Court granted Defendants' motion to amend the scheduling order and extended the deadline to file a dispositive motion to December 16, 2019. (Doc. No. 169.)

    On December 13, 2019, Defendants filed a motion for summary judgment. (Doc. No. 170.)

///
///
///
///
///

1

In light of the fact that Defendants' have filed a motion for summary judgment which is pending before the Court and may resolve some (or all) of the claims in the instant action, the Court HEREBY VACATES the telephonic trial confirmation hearing set for February 3, 2020 and the jury trial set for April 7, 2020, to be rescheduled, if necessary, after resolution of Defendants' motion for summary judgment.

IT IS SO ORDERED.

Dated: **January 28, 2020**

UNITED STATES MAGISTRATE JUDGE