UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| GREGORY ELL SHEHEE,<br><br>  Plaintiff,<br><br>  v.<br><br>REDDING, et al.,<br><br>  Defendants. | No. 1:14-cv-00706-DAD-SAB (PC)<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS AND GRANTING DEFENDANTS' MOTION FOR SUMMARY JUDGMENT IN PART<br><br>(Doc. Nos. 170, 175) |

At the time this action was filed, plaintiff Gregory Ell Shehee was a civil detainee proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983. The matter was referred to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302. This action proceeds on plaintiff's claim of excessive use of force against defendants Pamela Ahlin, B.T. Bales, Blanco, Jack Carter, M. Clark, R. Davis, J. Gonzalez, Audrey King, K. Peugh, and Redding (collectively, "defendants") as alleged in his third amended complaint. (*See* Doc. No. 90.)

On December 13, 2019, defendants filed a motion for summary judgment. (Doc. No. 170.) Plaintiff did not file an opposition to that motion. On June 30, 2020, the assigned magistrate judge issued findings and recommendations recommending that defendants' motion be granted, in part. (Doc. No. 175.) The magistrate judge recommended that summary judgment be granted in favor of defendants Blanco, Ahlin, King, and Carter, but denied as to defendants R.

1

Davis, M. Clark, Gonzalez, Peugh, Bales and Redding. (*Id.* at 13–14.) The pending findings and recommendations were served on the parties and contained notice that any objections thereto were to be filed within twenty-one (21) days after service. (*Id.* at 14.) No objections have been filed and the time in which to do so has now passed.

In accordance with the provisions of 28 U.S.C. § 636(b)(1)(C) and Local Rule 304, this court has conducted a *de novo* review of this case. Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and proper analysis.

Accordingly,

1. The findings and recommendations issued on June 30, 2020, (Doc. No. 175), are adopted in full;
2. Defendants' motion for summary judgment (Doc. No. 170) is granted in part and denied in part;
    a. Summary judgment is granted in favor of defendants Blanco, Ahlin, King, and Carter;
    b. Summary judgment is denied as to defendants R. Davis, M. Clark, Gonzalez, Peugh, Bales and Redding;
3. Judgment shall be entered in favor of defendants Blanco, Ahlin, King, and Carter and they are terminated as defendants in this action; and
4. This action is referred back to the assigned magistrate judge for further proceedings.

IT IS SO ORDERED.

Dated: **August 21, 2020**

_____
UNITED STATES DISTRICT JUDGE

2