1

2

3

4

5

6

7

8                          UNITED STATES DISTRICT COURT

9                        FOR THE EASTERN DISTRICT OF CALIFORNIA

10

11    GREGORY ELL SHEHEE,                          No.  1:14-cv-00706-DAD-SAB (PC)

12                    Plaintiff,

13         v.                                       ORDER ADOPTING FINDINGS AND
                                                    RECOMMENDATIONS AND DISMISSING
14    REDDING, et al.,                              ACTION

15                    Defendants.                   (Doc. No. 177)

16

17

18         At the time this action was filed, plaintiff Gregory Ell Shehee was a civil detainee

19    proceeding *pro se* in a civil rights action pursuant to 42 U.S.C. § 1983.  The matter was referred

20    to a United States Magistrate Judge pursuant to 28 U.S.C. § 636(b)(1)(B) and Local Rule 302.

21         On November 13, 2020, the assigned magistrate judge issued findings and

22    recommendations, recommending that this action be dismissed, without prejudice, because of

23    plaintiff's failure to prosecute this case and failure to keep the court apprised of his correct

24    address in compliance with Local Rule 183(b).  (Doc. No. 177.)

25         The findings and recommendations were served on plaintiff and contained notice that any

26    objections thereto were to be filed within fourteen (14) days from the date of service.  (*Id.*)  To

27    date, no objections to the findings and recommendations have been filed with the court, and the

28    time in which to do so has now passed.

1

In accordance with the provisions of 28 U.S.C. § 636 (b)(1)(C), this court has conducted a *de novo* review of the case.  Having carefully reviewed the entire file, the court finds the findings and recommendations to be supported by the record and by proper analysis.

Accordingly,

1.   The findings and recommendations issued on November 13, 2020 (Doc. No. 177) are adopted in full;

2.   This action is dismissed, without prejudice, due to plaintiff's failure to prosecute this action and failure to keep the court apprised of his current address; and

3.   The Clerk of the Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **December 17, 2020**

_____
UNITED STATES DISTRICT JUDGE